IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>Environmental Protection Agency )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-CV-1731 (PLF) |

### AFFIDAVIT OF MICHAEL G. SHAW

1. I am an associate in the Washington, D.C., law firm of Terris, Pravlik & Millian, LLP. The firm is the counsel for Plaintiff Marsha Lynne Coleman-Adebayo.

2. On October 6, 2006, I served a summons, copy of the Complaint, Notice of Right to Consent to Trial before a United States Magistrate Judge, and Initial Electronic Case Filing Order and accompanying documents, on the Civil Process Clerk, United States Attorney for the District of Columbia. Service was accomplished by U.S. Postal Service Certified Mail, Return Receipt Requested.

3. The returned receipt shows that the summons and accompanying documents were received on October 10, 2006. A copy of the returned receipt is attached.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of October, 2006.

_____
MICHAEL G. SHAW

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Michael G. Shaw
Terris Pravlik & Millian, LLP
1121 12th Street, NW
Washington, DC 20005-4632

025 – Summons

OCT 19 2006

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the United States Attorney
555 Fourth Street, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 1010 0000 5208 9381

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540