UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CV-1731 (PLF) |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRAECIPE

On October 27, 2006, plaintiff filed Plaintiff's Motion to Consolidate (Dkt. No. 6), seeking to have the Court consolidate this case with cases 03-CV-2428 (PLF) and 04-CV-1399 (PLF). In her motion, plaintiff stated that "[p]laintiff's counsel conferred with defendant's counsel about this motion. Defendant's counsel stated that defendant will oppose this motion." Pursuant to Local Rule 7(b) and Rule 6(e) of the Federal Rules of Civil Procedure, defendant's opposition was due by November 13, 2006.

The deadline for defendant's opposition has passed and defendant has not filed an opposition or a motion requesting an extension of time in which to file its opposition. Under Local Rule 7(b), "[i]f [an opposition] memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." Therefore, plaintiff respectfully requests that this Court treat plaintiff's Plaintiff's Motion to Consolidate as conceded by defendant and enter the order attached to the motion.

Respectfully submitted,

/s/ Michael G. Shaw

BRUCE J. TERRIS (D.C. Bar No. 47126)
MICHAEL G. SHAW (D.C. Bar No. 473008)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632
(202) 682-2100 (tel)
(202) 289-6795 (fax)

Attorneys for Plaintiff

November 15, 2006