UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> U.S. Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action No. 06-1731(PLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including December 20, 2006 to answer, move or otherwise respond to Plaintiff's Complaint. The current deadline is Monday, December 11, 2006. Pursuant to Local Rule 7(m), the undersigned counsel telephoned Plaintiff's counsel regarding this nondispositive motion and was informed that Plaintiff does not oppose the relief requested herein. In support of this motion, Defendant states the following.

Defendant requests the extension because of the work-related demands on his counsel.  For example, this week, Defendant's counsel had to deal with discovery-related demands in two tort cases, <u>Ross v. United States</u>, Civil Action No. 04-1286(RBW) and <u>Webb v. United States</u>, Civil Action No. 04-427(RJL), and an employment discrimination case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR).  Defendant's counsel also has an appellate brief due to the District of Columbia Circuit next week in the case, <u>Jackson v. Ashcroft</u>, No. 06-5053(D.C. Cir.).  Accordingly, because of these and other work-related demands on his counsel, Defendant will not be able to file his answer, motion or other response to the above-noted complaint by the current deadline, and respectfully requests an extension to December 20, 2006 to do so.

A proposed Order consistent with this Motion is attached hereto.

Date: December 8, 2006            Respectfully Submitted,


                                  /s/ Jeffrey A. Taylor /bmr
                                  _____
                                  JEFFREY A. TAYLOR, D.C. BAR #498610
                                  United States Attorney


                                  /s/ Rudolph Contreras /bmr
                                  _____
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 8th day of December, 2006 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,  )<br>  )<br>        Plaintiff      )<br>  )<br>v.       )<br>  )<br>STEPHEN L. JOHNSON, Administrator,    )<br>United States Environmental Protection Agency,  )<br>  )<br>        Defendant.     )<br>  )<br>_____  ) | Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of *Defendant's Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,* and the entire record herein, it is

this _____ day of _____, 2006,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including December 20, 2006 to file his respond to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530