**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S SECOND, UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO
ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant,

Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and

through his undersigned attorneys, respectfully moves for an enlargement of time up to

and including December 27, 2006 to answer, move or otherwise respond to Plaintiff's

recent Complaint, i.e., Civil Action No. 06-1731(PLF).  The current deadline is today,

December 20, 2006.   This is Defendant's second request for an enlargement for this

purpose.  Pursuant to Local Rule 7(m), the undersigned counsel telephoned Plaintiff's

counsel regarding this nondispositive motion and was informed that Plaintiff does not

oppose the relief requested herein.  In support of this motion, Defendant states the

following.

Defendant's counsel has made progress on the response (currently fashioned as a

Motion to Dismiss, or Alternatively, for Summary Judgment), but due to other work-

related demands, will not complete a draft in sufficient time for agency and supervisory

review, and filing with the Court by the current deadline.  To provide a period for such

review, Defendant respectfully moves for an enlargement of time up to and including

December 27, 2006 to answer, move or otherwise respond to Plaintiff's recent Complaint,

Civil Action No. 06-1731.

A proposed Order consistent with this Motion is attached hereto.

Date: December 20, 2006          Respectfully Submitted,


/s/ Jeffrey A. Taylor /mj

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /mj

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Second, Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this <u>20th</u> day of December, 2006 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MARSHA LYNNE COLEMAN-ADEBAYO,   )
   )
        Plaintiff   )
   )
     v.   )     Civil Action No. 06-1731(PLF)
   )
STEPHEN L. JOHNSON, Administrator,   )
United States Environmental Protection Agency,   )
   )
        Defendant.   )
   )
_____)

**ORDER**

Upon consideration of *Defendant's Second, Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,* and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including December 27, 2006 to file his response to Plaintiff's Complaint;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530