UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, <br> United States Environmental Protection Agency, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 03-2428 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MARSHA LYNNE COLEMAN-ADEBAYO, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, <br> United States Environmental Protection Agency, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-1399 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MARSHA LYNNE COLEMAN-ADEBAYO, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, Administrator, <br> United States Environmental Protection Agency, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1731 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT ON PLAINTIFF'S RECENT COMPLAINT,
CIVIL ACTION NO. 06-1731(PLF)

Plaintiff hereby moves this Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time within which to submit a response to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF) (respectively Dkt. Nos. 69, 36, 11), which was filed on December 27, 2006. Pursuant to Local Rule 7(m), plaintiff's counsel contacted defendant's counsel regarding this motion and was informed that defendant does not oppose this motion.

Pursuant to the federal and local rules, plaintiff's response is due on January 10, 2007. Plaintiff requests the extension because of scheduling and illness problems of plaintiff's counsel. Michael Shaw was on vacation until January 2 but contracted severe sinusitis while on vacation and was only able to return to the office on January 8. Bruce Terris is out of the country and will not return until January 16. Plaintiff's counsel will therefore not be able to devote adequate resources to the preparation of plaintiff's response to defendant's motion until after they are both back at the office. Accordingly, plaintiff requests an extension until January 26, 2007, to file her response.

A proposed order is attached.

Respectfully submitted,

/s/ Michael G. Shaw

BRUCE J. TERRIS, Bar #47126
MICHAEL G. SHAW, Bar #473008
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005
(202) 682-2100

Counsel for Plaintiff

January 8, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | Civil Action No. 03-2428 (PLF) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1399 (PLF) |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1731 (PLF) |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time for Plaintiff to Respond to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's

Recent Complaint, Civil Action No. 06-1731(PLF),

    IT IS, this _____ day of _____, 2007;

    ORDERED that plaintiff's motion is hereby granted; and

    IT IS FURTHER ORDERED that plaintiff's response to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF), shall be filed on or before January 26, 2007.

    SO ORDERED.

                                      _____
                                        PAUL L. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE