UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE HIS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT ON PLAINTIFF'S RECENT COMPLAINT, CIVIL ACTION NO. 06-1731(PLF)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including February 20, 2007 to file his reply to Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment on Plaintiff's Complaint, Civil Action No. 06-1731(PLF).  The current deadline is today, Monday, February 5, 2007.  Pursuant to Local Rule 7(m), the undersigned counsel telephoned Plaintiff's counsel regarding this nondispositive motion and was informed that Plaintiff does not oppose the relief requested herein.  In support of this motion, Defendant states the following.

Defendant requests the extension because of the work-related demands on his counsel.  For example, Defendants' counsel was scheduled to be in trial from February 7-9, 2007 in the case, Reese v. Potter, Civil Action No. 03-19830(EGS), and spent considerable time preparing for that trial early last week.  The trial was eventually continued.  However, also last week, Defendant's counsel had to direct considerable attention to an appellate matter in the case, Arrington v. United States, No. 05-5263(D.C. Cir.).  Further, today, Defendant's counsel is filing a reply in the case, American Postal Workers Union v. United States Postal Service, Civil Action No. 06-00934(RJL).  Accordingly, because of these and other work-related demands on his counsel, Defendant will not be able to file the reply in this case by the current deadline, and respectfully requests an extension to February 20, 2007 to do so.

A proposed Order consistent with this Motion is attached hereto.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed Motion for Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)* was made by the Court's Electronic Case Filing System this <u>5th</u> day of February, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC 20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,     Plaintiff,     v.     STEPHEN L. JOHNSON, Administrator, United States Environmental Protection Agency,     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of ***Defendant's Unopposed Motion for Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)***, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including February 20, 2007 to file his Reply;

SO ORDERED.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530