UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,              )<br>                                                                          )<br>           Plaintiff                                         )<br>                                                                          )<br>    v.                                                                 )<br>                                                                          )<br>STEPHEN L. JOHNSON, Administrator,    )<br>U.S. Environmental Protection Agency,     )<br>                                                                          )<br>           Defendant.                                    )<br>                                                                          )<br>_____)| Civil Action No. 03-2428(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,              )<br>                                                                          )<br>           Plaintiff                                         )<br>                                                                          )<br>    v.                                                                 )<br>                                                                          )<br>STEPHEN L. JOHNSON, Administrator,    )<br>U.S. Environmental Protection Agency,     )<br>                                                                          )<br>           Defendant.                                    )<br>                                                                          )<br>_____)| Civil Action No. 04-1399(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,              )<br>                                                                          )<br>           Plaintiff                                         )<br>                                                                          )<br>    v.                                                                 )<br>                                                                          )<br>STEPHEN L. JOHNSON, Administrator,    )<br>U.S. Environmental Protection Agency,     )<br>                                                                          )<br>           Defendant.                                    )<br>                                                                          )<br>_____)| Civil Action No. 06-1731(PLF) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE
HIS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT ON
PLAINTIFF'S RECENT COMPLAINT, CIVIL ACTION NO. 06-1731(PLF)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including March 9, 2007 to file his reply to Plaintiff's opposition to Defendant's motion to dismiss or for summary judgment on Plaintiff's Complaint, Civil Action No. 06-1731(PLF). The current deadline is today, Tuesday, February 20, 2007. Pursuant to Local Rule 7(m), the undersigned counsel telephoned Plaintiff's counsel regarding this nondispositive motion and was informed that Plaintiff does not consent to the relief requested but also does not oppose the relief requested if Defendant does not seek further extensions for this purpose. Defendant does not anticipate that any further extensions will be required. In support of this motion, Defendant states the following.

Defendant requests the extension because of the considerable work-related demands on his counsel. For example, during the week of February 5 - 9, 2007, defendant's counsel spent considerable time meeting with the agency representative in the case, <u>Filebark v. U.S. Department of Transportation</u>, Civil Action No. 06-0934(RJL), reviewing documents for the administrative record in the case in which the plaintiffs challenge the manner in which salaries were established for air traffic controllers at a particular facility. The administrative record in the <u>Filebark</u> case was filed on February 9, 2007. Further, during the week of February 5 - 9, defendant's counsel had to direct

considerable attention to an appellate matter in the case, <u>Arrington v. United States</u>, No. 05-5263(D.C. Cir.).  Last week, defendant's counsel had an oral argument in <u>Piper v. U.S. Department of Justice</u>, No. 04-5198(D.C. Cir.), met with the defendant's expert for the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), and had to address other discovery-related demands in the <u>Schroer</u> case including extensive deposition preparations for depositions scheduled on February 20, 21 and 22.  Today, defendant's counsel had a motions hearing in the case, <u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-0601(JDB).  Accordingly, because of these and other work-related demands on his counsel, defendant was not able to file the reply in this matter by the current deadline and respectfully moves for an extension to March 9, 2007 to do so.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /mj
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /mj
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Motion for Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)* was made by the Court's Electronic Case Filing System this 20th day of February, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br> )<br>Plaintiff )<br> )<br>v. ) Civil Action No. 06-1731(PLF)<br> )<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br> )<br>Defendant. )<br> )<br>_____ ) | |

**ORDER**

Upon consideration of ***Defendant's Motion for Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)***, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including March 9, 2007 to file his Reply;

SO ORDERED.

 _____
 UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530