# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARSHA LYNNE COLEMAN-ADEBAYO,  )
                                    )
            Plaintiff           )
                                      )
            v.                    )       Civil Action No. 03-2428(PLF)
                                      )
STEPHEN L. JOHNSON, Administrator,   )
U.S. Environmental Protection Agency,  )
                                    )
          Defendant.       )
                                    )
_____)

MARSHA LYNNE COLEMAN-ADEBAYO,  )
                                    )
            Plaintiff           )
                                      )
            v.                    )       Civil Action No. 04-1399(PLF)
                                      )
STEPHEN L. JOHNSON, Administrator,   )
U.S. Environmental Protection Agency,  )
                                    )
          Defendant.       )
                                    )
_____)

MARSHA LYNNE COLEMAN-ADEBAYO,  )
                                    )
            Plaintiff           )
                                      )
            v.                    )       Civil Action No. 06-1731(PLF)
                                      )
STEPHEN L. JOHNSON, Administrator,   )
U.S. Environmental Protection Agency,  )
                                    )
          Defendant.       )
                                    )
_____)

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE
HIS REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT ON
PLAINTIFF'S RECENT COMPLAINT, CIVIL ACTION NO. 06-1731(PLF)**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant,

Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and

through his undersigned attorneys, respectfully moves for an enlargement of time up to

and including March 12, 2007 to file his reply to Plaintiff's opposition to Defendant's

motion to dismiss or for summary judgment on Plaintiff's Complaint, Civil Action No.

06-1731(PLF).  This is Defendant's third motion for an enlargement of time for this

purpose.  The current deadline is today, Friday, March 9, 2007.  Pursuant to Local Rule

7(m), the undersigned counsel contacted Plaintiff's counsel regarding this nondispositive

motion and was informed that Plaintiff does not oppose the relief requested but wanted

Defendant to note in his motion that Plaintiff had said previously that she would not

oppose the second motion as long as Defendant agreed not to file any further requests for

extensions.

Defendant did not anticipate needing another extension but notes that the attorneys

in the Civil Division, including Defendant's counsel, were required to attend a mandatory

training session on March 8-9, 2007.  The reply is substantially complete; however,

Defendant's counsel was unable to finalize the draft in time for supervisory review and

filing with the Court today, March 9.  Accordingly, Defendant respectfully moves for the

enlargement of time described herein.  A proposed Order consistent with the relief

requested is attached.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Motion for Enlargement of Time to File His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)* was made by the Court's Electronic Case Filing System this <u>9th</u> day of March, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARSHA LYNNE COLEMAN-ADEBAYO,   )
                                     )
            Plaintiff            )
                                     )
           v.                  )        Civil Action No. 06-1731(PLF)
                                     )
STEPHEN L. JOHNSON, Administrator,     )
United States Environmental Protection Agency,  )
                                     )
           Defendant.         )
                                     )
_____ )

## ORDER

Upon consideration of ***Defendant's Motion for Enlargement of Time to File***

***His Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or Alternatively, for***

***Summary Judgment on Plaintiff's Recent Complaint, Civil Action No. 06-1731(PLF)***, and for

good cause shown, it is this _____ day of _____, 2007,

        ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant

shall have up to and including March 12, 2007 to file his Reply;

        SO ORDERED.


                               _____
                                UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530