UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
MARSHA LYNNE COLEMAN-ADEBAYO,  )
                                               )
      Plaintiff,                    )
                                               )
     v.                            )     Civil Action No. 03-2428 (PLF)
                                               )                   04-1399
STEPHEN L. JOHNSON,                )                   06-1731
Administrator,                                 )
United States Environmental Protection Agency  )
                                               )
      Defendant.                )
_____)

ORDER

        For the reasons stated in the Opinion issued this same day, it is hereby

        ORDERED that [53] defendant's motion to dismiss or, in the alternative, for summary judgment is GRANTED in part and DENIED in part; it is

        FURTHER ORDERED that [69] defendant's motion to dismiss or in the alternative for summary judgment is DENIED; it is

        FURTHER ORDERED that plaintiff's claims arising from the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111 *et seq.* are DISMISSED; it is

        FURTHER ORDERED that plaintiff's claims arising from the unexhausted 2003-2004 administrative complaints are DISMISSED; it is

        FURTHER ORDERED that the Court's prior entry of judgment for the defendant on plaintiff's reasonable accommodation claim in her 03-2428 original complaint is reaffirmed; and it is

FURTHER ORDERED that the parties shall submit a joint report pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3 on or before April 17, 2007. A meet and confer status conference before this Court is set for April 27, 2007 at 9:00 a.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 30, 2007