# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 03-2428(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 04-1399(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>U.S. Environmental Protection Agency, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 06-1731(PLF) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION UNDER RULE 59(e) TO ALTER OR AMEND JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including April 27, 2007 to file his response to Plaintiff's Motion Under Rule 59(e) to Alter or Amend Judgment.  This is Defendant's first motion for an enlargement of time for this purpose.  The current deadline is today, Wednesday, April 25, 2007.  Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel regarding this nondispositive motion and was informed that Plaintiff does not oppose the relief requested as long as Defendant agreed not to file any further requests for enlargements of time for this purpose.   Defendant does not anticipate filing additional enlargements of time but cannot ensure that circumstances will not require otherwise.   In support of this motion, Defendant states the following.

The undersigned counsel assigned this matter anticipated finalizing Defendant's response in time for supervisory review and filing with the Court by the current deadline. However, because of other work-related demands this week, she will be unable to do so. Specifically, the undersigned counsel had deposition preparations on April 24 and depositions taking most of today, April 25, in the case <u>Moncada v. Peters</u>, Civil Action No. 05-00470(PLF).  Additionally, today, the undersigned counsel had to complete and file a brief in the case, <u>Dunning v. Quander</u>, No. 06-5167(D.C. Cir.).   Accordingly,

2

because of the work-related demands on his counsel, Defendant will not be able to file the response in this matter by the current deadline and respectfully moves for an enlargement of time to April 27, 2007 to do so.

                                Respectfully Submitted,

                                /s/ Jeffrey A. Taylor /mj
                                _____
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney


                                /s/ Rudolph Contreras /mj
                                _____
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney


                                /s/ Beverly M. Russell
                                _____
                                BEVERLY M. RUSSELL, D.C. Bar #454257
                                Assistant United States Attorney
                                U.S. Attorney's Office for the District
                                 of Columbia, Civil Division
                                555 4th Street, N.W., Rm. E-4915
                                Washington, D.C. 20530
                                Ph:  (202) 307-0492
                                Fax: (202) 514-8780
                                E-Mail: beverly.russell@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Motion under Rule 59(e) to Alter or Amend Judgment* was made by the Court's Electronic Case Filing System this <u>25th</u> day of April, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

                                              /s/ Beverly M. Russell

                                              _____
                                              BEVERLY M. RUSSELL
                                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of *Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Motion Under Rule 59(e) to Alter or Amend Judgment*, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including April 27, 2007 to file his response to Plaintiff's Motion Under Rule 59(e) to Alter or Amend Judgment;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530