## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> U.S. Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 03-2428(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> U.S. Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-1399(PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> U.S. Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-1731(PLF) |

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINTS**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including October 26, 2007 to answer Plaintiff's complaints. This is Defendant's first motion for an enlargement of time for this purpose. Based on the Court's September 12, 2007 ruling on Plaintiff's Motion to Alter or Amend, the current deadline for the filing of the answers is today, Monday, October 1, 2007. Pursuant to Local Rule 7(m), the undersigned counsel contacted Plaintiff's counsel on Friday, September 28, 2007, regarding this nondispositive motion and was informed today, October 1, 2007, that Plaintiff does not oppose the relief requested herein. In support of this motion, Defendant states the following.

Pursuant to discussions at the status conference held in this matter on September 12, 2007, the parties must discuss and present to the Court what claims actually remain from Plaintiff's various complaints based on the Court's disposition on the parties' previously-filed dispositive motions. The results of these discussions will impact Defendant's responses to certain of the allegations presented in Plaintiff's complaint, and for this reason, Defendant moves for an enlargement of time to October 26, 2007 to file his answers to Plaintiff's complaints.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /mj

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /mj

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Unopposed, First Motion for Enlargement of Time to Answer Plaintiff's Complaints*** was made by the Court's Electronic Case Filing System this 1st day of October, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,       )<br>)<br>Plaintiff       )<br>)<br>v.       )<br>)<br>STEPHEN L. JOHNSON, Administrator,       )<br>United States Environmental Protection Agency,       )<br>)<br>Defendant.       )<br>)<br>_____)  | Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of ***Defendant's Unopposed, First Motion for an Enlargement of Time to Answer Plaintiff's Complaints***, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, Defendant shall have up to and including October 26, 2007 to file his answers to Plaintiff's Complaints;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530