# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MARSHA LYNNE COLEMAN-ADEBAYO,    )
                )
    Plaintiff       )
                )
   v.          )   Civil Action No. 03-2428(PLF)
                )
STEPHEN L. JOHNSON, Administrator, )
U.S. Environmental Protection Agency, )
                )
    Defendant.     )
                )
_____ )

MARSHA LYNNE COLEMAN-ADEBAYO,    )
                )
    Plaintiff       )
                )
   v.          )   Civil Action No. 04-1399(PLF)
                )
STEPHEN L. JOHNSON, Administrator, )
U.S. Environmental Protection Agency, )
                )
    Defendant.     )
                )
_____ )

MARSHA LYNNE COLEMAN-ADEBAYO,    )
                )
    Plaintiff       )
                )
   v.          )   Civil Action No. 06-1731(PLF)
                )
STEPHEN L. JOHNSON, Administrator, )
U.S. Environmental Protection Agency, )
                )
    Defendant.     )
                )
_____ )

**DEFENDANT'S UNOPPOSED, FIRST MOTION FOR AN ENLARGEMENT OF TIME
FOR THE PARTIES TO FILE THEIR JOINT E-DISCOVERY PLAN**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant,

Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and

through his undersigned attorneys, respectfully moves for an enlargement of time up to

and including October 19, 2007 for the parties to file their e-discovery plan.  The current

filing deadline is today, October 4, 2007.  Pursuant to Local Rule 7(m), the undersigned

counsel discussed this matter with Plaintiff's counsel, and was informed that Plaintiff

does not oppose the relief requested herein.   In support of this motion, Defendant states

the following.

Defendant requests the extension because of the considerable work-related

demands on his counsel.    For example, so far this week, Defendant's counsel has filed a

renewed motion for summary judgment in the Title VII case, <u>Carmona v. Paulsen</u>, Civil

Action No. 04-589(JGP), produced jurisdictional discovery in the tort case, <u>Olaniyi v.

United States</u>, Civil Action No. 05-455(RBW), argued before the District of Columbia

Circuit in the Title VII case, <u>Dunning v. Quander</u>, No. 06-5167, and prepared a witness

for deposition and defended that deposition in the Title VII case, <u>Woods v. Johnson</u>, Civil

Action No. 06-1460(HHK).  Defendant's counsel also took the deposition of the plaintiff

in the <u>Woods</u> case today, October 4, 2007.  Accordingly, given these work-related

demands, Defendant's counsel has been unable to do the necessary follow-up with both

the Agency and Plaintiff's counsel such that the parties are able to file their joint

discovery plan by the current deadline, and thus, Defendant respectfully moves for an

extension to October 19, 2007 for the parties to do so.  Pursuant to Local Rule 7(c), a

proposed Order is filed herewith.

Date: October 4, 2007

                              Respectfully Submitted,


                              /s/ Jeffrey A. Taylor /bmr
                              _____
                              JEFFREY A. TAYLOR, D.C. BAR #498610
                              United States Attorney


                              /s/ Rudolph Contreras /bmr
                              _____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney


                              ./s/ Beverly M. Russell
                              _____
                              BEVERLY M. RUSSELL, D.C. Bar #454257
                              Assistant United States Attorney
                              U.S. Attorney's Office for the District
                               of Columbia, Civil Division
                              555 4th Street, N.W., Rm. E-4915
                              Washington, D.C. 20530
                              Ph:  (202) 307-0492
                              Fax: (202) 514-8780
                              E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed, First Motion for an*

*Enlargement of Time for the Parties to File Their Joint E-Discovery Plan* was made by the

Court's Electronic Case Filing System this <u>4th</u> day of October, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com


/s/ Beverly M. Russell
_____

BEVERLY M. RUSSELL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARSHA LYNNE COLEMAN-ADEBAYO,        )
                                     )
                    Plaintiff        )
                                     )
        v.                           )        Civil Action No. 06-1731(PLF)
                                     )
STEPHEN L. JOHNSON, Administrator,   )
United States Environmental Protection Agency, )
                                     )
                    Defendant.       )
                                     )
_____ )

**ORDER**

Upon consideration of ***Defendant's Unopposed, First Motion for an Enlargement of***

***Time for the Parties to File Their Joint E-Discovery Plan****, and for good cause shown, it is this

_____ day of _____, 2007,

        ORDERED that the Motion should be and hereby is granted, and accordingly, the Parties

shall have up to and including October 19, 2007 to file their e-discovery plan;

        SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530