UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED, SECOND MOTION FOR AN
ENLARGEMENT OF TIME
FOR THE PARTIES TO FILE THEIR JOINT E-DISCOVERY PLAN**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including October 30, 2007 for the parties to file their e-discovery plan.  The current filing deadline is Friday, October 19, 2007.  Pursuant to Local Rule 7(m), the undersigned counsel discussed this matter with Plaintiff's counsel, and was informed that Plaintiff does not oppose the relief requested herein.   In support of this motion, Defendant states the following.

Although counsel for the parties have had two conversations pertaining to the substance of the e-discovery plan, Defendant requests the extension to allow his counsel an additional period to work with the Agency to explore those issues which must be included in the parties' joint plan.  Because of work-related demands, Defendant's counsel has been unable to discuss and obtain the necessary information for the parties' joint report.  For example, last week, Defendant's counsel traveled to Kansas City for deposition preparation and a deposition in the case, Roane v. Gonzales, Civil Action No. 05-2337(RWR), and this week, filed an opposition to a petition for rehearing en banc in the case, Jackson v. Gonzales, No. 06-5053(D.C. Cir.), and also had deposition preparation for and a deposition in the case, Olaniyi v. United States, Civil Action No.

06-2165(RBW). The deposition in the <u>Olaniyi</u> case was done pursuant to Fed. R. Civ. P. 30(b)(6).

Given these work-related demands, Defendant's counsel has been unable to do the necessary follow-up - which will inevitably include discussions of a technical nature - with the Agency for purposes of developing Defendant's input for the e-discovery plan. Thus, the parties are unable to file their e-discovery plan by the current deadline, and Defendant respectfully moves for an extension to October 30, 2007 for the parties to do so. Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Date: October 18, 2007

                                    Respectfully Submitted,

                                    /s/ Jeffrey A. Taylor /bmr
                                    _____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    /s/ Rudolph Contreras /bmr
                                    _____
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed, Second Motion for an Enlargement of Time for the Parties to File Their Joint E-Discovery Plan* was made by the Court's Electronic Case Filing System this 18th day of October, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of *Defendant's Unopposed, Second Motion for an Enlargement of Time for the Parties to File Their Joint E-Discovery Plan*, and for good cause shown, it is this

_____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, the Parties shall have up to and including October 30, 2007 to file their e-discovery plan;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530