UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 03-2428(PLF) |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| U.S. Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-1399(PLF) |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| U.S. Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1731(PLF) |
| ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| U.S. Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

### DEFENDANT'S UNOPPOSED, THIRD MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR JOINT E-DISCOVERY PLAN

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including November 20, 2007 for the parties to file their e-discovery plan. The current filing deadline is tomorrow, October 30, 2007. Pursuant to Local Rule 7(m), the undersigned counsel discussed this matter with Plaintiff's counsel, and was informed that Plaintiff does not oppose the relief requested herein. In support of this motion, Defendant states the following.

Defendant requests the enlargement to allow the agency an additional period to provide input for the e-discovery plan which is anticipated to include a description of the agency's computer system, e.g., the e-mail program and backup capabilities. Although Defendant expected that it would be able to provide input for the e-discovery plan in sufficient time to meet the current deadline, as reasonably noted by the agency attorney, exploring those issues required for the e-discovery plan will encompass a review of the agency's computer system during the period relevant to this suit, as far back as 1998. A review of the agency's computer system during the relevant period – including the agency's backup system – is no small effort, and will take an additional period beyond the current deadline for filing the e-discovery plan. Accordingly, Defendant respectfully moves for an enlargement of time to November 20, 2007 for the parties to file their e-discovery plan.

Date: October 29, 2007

        Respectfully Submitted,


        /s/ Jeffrey A. Taylor /dvh
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney


        /s/ Rudolph Contreras /dvh
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney


        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Unopposed, Third Motion for an Enlargement of Time for the Parties to File Their Joint E-Discovery Plan*** was made by the Court's Electronic Case Filing System this 31st day of October, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,  )<br>  )<br>            Plaintiff     )<br>  )<br>  v.                             )<br>  )<br>STEPHEN L. JOHNSON, Administrator,  )<br>United States Environmental Protection Agency,  )<br>  )<br>           Defendant.    )<br>  )<br>_____  ) | Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of *Defendant's Unopposed, Third Motion for an Enlargement of Time for the Parties to File Their Joint E-Discovery Plan*, and for good cause shown, it is this

_____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, the Parties shall have up to and including November 20, 2007 to file their e-discovery plan;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530