**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OPPOSED MOTION FOR AN
## ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES AND
## REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency ("EPA"), by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including December 14, 2007 for defendant to file his responses to plaintiff's first set of discovery requests. Although the filing deadline was October 24, 2007, pursuant to Fed. R. Civ. P. 29[1], plaintiff does not oppose an extension of that deadline to November 20, 2007. However, for reasons stated below, defendant will need until December 14, 2007 to produce a comprehensive response to plaintiff's discovery requests, and thus, is moving for an enlargement of time to December 14 to produce his discovery responses. Plaintiff opposes an enlargement of time to this date.

However, due to the nature of this litigation, specifically, the juxtaposition of the EPA's recent workload demands in the above-captioned cases (e.g., providing input for the three answers filed by plaintiff as well as a draft stipulation on the remaining claims in this suit, following up on e-discovery matters for purposes of providing information for the joint e-discovery plan), defendant cannot state, in good faith, that he will be able to

---

[1] Fed. R. Civ. P. 29 states, in relevant part, "[u]nless otherwise directed by the court, the parties may by written stipulation. . .(2) modify. . .procedures governing or limitations placed upon discovery, except that stipulations extending the time provided in Rules 33, 34, and 36 for response to discovery may, if they would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, be made only with the approval of the court."

produce discovery responses by November 20, 2007, and thus, seeks an enlargement of time to December 14, 2007 to produce those responses.

In this regard, it is undisputed that the time span for the events serving as the bases for the claims in plaintiff's three complaints (i.e., those claims not already dismissed by this Court) covers nearly a decade. There are many individuals who were involved in these events, and thus, must be questioned or interviewed for purposes of responding to certain discovery requests. Certain of these individuals either no longer work for the EPA or are no longer in the positions they held at the time the events serving as the bases of plaintiff's complaints arose. The EPA has undertaken efforts to comprehensively respond to plaintiff's discovery requests such as contacting individuals who might have pertinent information, but legitimately needs additional time to produce his response to the discovery requests. Accordingly, defendant respectfully requests an enlargement of time to December 14, 2007 to produce his responses to plaintiff's discovery requests. Defendant does not believe that plaintiff will be prejudiced if this relief is granted given that the discovery period in this case does not close until May 13, 2008.

A proposed Order consistent with the relief requested herein is attached.

Date: November 5, 2007

Respectfully Submitted,


/s/ Jeffrey A. Taylor /mj
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /mj
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Opposed Motion for an Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents*** was made by the Court's Electronic Case Filing System this <u>5th</u> day of November, 2007 to:

Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

mshaw@tpmlaw.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,   )<br>)<br>Plaintiff   )<br>)<br>v.   )<br>)<br>STEPHEN L. JOHNSON, Administrator,   )<br>United States Environmental Protection Agency,   )<br>)<br>Defendant.   )<br>)<br>_____ ) | Civil Action No. 06-1731(PLF) |

**ORDER**

Upon consideration of *Defendant's Opposed Motion for an Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents*, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, defendant shall have up to and including December 14, 2007 to produce his discovery response to plaintiff's First Set of Interrogatories and Requests for Production of Documents.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530