UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 06-1731 (PLF) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S OPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS**

On September 21, 2007, plaintiff submitted Plaintiff's First Set of Interrogatories and Requests for Production of Documents. Pursuant to Rules 33(b) and 34(b) of the Federal Rules of Civil Procedure, defendant had until October 24 to submit responses. In its motion, defendant requests an enlargement of time until December 14, 2007, to file its Responses. Defendant's Opposed Motion for an Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, Dkt. No. 92 (hereafter "Def. Mot."). If the Court were to grant defendant's motion, it would mean that defendant would have almost three months (84 days) to submit its responses. That is an extension of almost two months over the time provided for by the federal rules.

As defendant states (Def. Mot. 2), plaintiff told defendant that she would agree to an enlargement of time until November 20. Even that would be an enlargement of almost a month. However, plaintiff would have agreed to that date because it was consistent with the date that defendant was requesting for an enlargement of the time for the parties to file a joint electronic discovery plan. *See* Defendant's Unopposed, Third Motion for an Enlargement of Time for the Parties to File their Joint E-discovery Plan, Oct. 29, 2007, Dkt. No. 91.

Defendant fails to mention that plaintiff had offered a compromise that would have provided additional time for defendant to submit its full responses. Plaintiff proposed an enlargement of time until December 14 (the date that defendant had requested) as long as defendant would state that it would not object to any of plaintiff's discovery requests other than objections based on privilege. Plaintiff assumed that, since defendant had had plaintiff's discovery requests for approximately 40 days, they could determine if they actually had any objections (other than privilege) to it. Plaintiff did not want to wait another six weeks for defendant's response only to receive little because of

defendant's objections. Defendant declined to accept that compromise.

The Court's Scheduling Order of September 19, Dkt. No. 88, para. 3, stated that "[d]iscovery shall be completed by May 13, 2008." That date was set because of representations made during the September 12 status conference that the parties would need eight months of discovery (including expert discovery). Now, almost two months after the Scheduling Order, defendant has not submitted any responses and requests an enlargement of more than one additional month. If the Court were to grant defendant's motion, it would be three months after the Scheduling Order and plaintiff would just be receiving a response. Moreover, it is entirely possible that defendant will make objections so that little discovery is actually provided. As a result, a large portion of the eight-month discovery period would have been wasted.

Defendant's conduct is consistent with its other failures to cooperate with plaintiff in complying with the Court's September 19 Scheduling Order.[1] First, the Court ordered that "[o]n or before November 13, 2007, the parties will submit a stipulation describing all remaining claims in these consolidated cases." Scheduling Order, para. 1. On September 17,[2] plaintiff sent a draft stipulation to defendant via e-mail requesting that defendant review it and respond. Although plaintiff's counsel reminded defendant's counsel on more than one occasion that defendant needed to respond, defendant did not respond to the draft until November 8.

In addition, the Court stated that "[t]he parties will submit an electronic discovery plan pursuant to Federal Rule of Civil Procedure 26(f) by October 4, 2007." Scheduling Order, para. 12.

---

[1] Defendant mentions that working on these issues contributes to its workload demands. Def. Mot. 2. However, as shown below, defendant has failed to work expeditiously on those issues as well.

[2] Plaintiff submitted the draft based on the Court's oral order during the September 12 status conference.

Defendant has filed three motions for an extension of time for the parties to submit an electronic discovery plan. *See* Defendant's Unopposed, First Motion for an Enlargement of Time for the Parties to File their Joint E-discovery Plan, Oct. 1, 2007, Dkt. No. 87; Defendant's Unopposed, Second Motion for an Enlargement of Time for the Parties to File their Joint E-discovery Plan, Oct. 18, 2007, Dkt. No. 88; Defendant's Unopposed, Third Motion for an Enlargement of Time for the Parties to File their Joint E-discovery Plan, Oct. 29, 2007, Dkt. No. 91. Plaintiff did not oppose any of these motions because the plan was to be a joint plan and it could not be filed without defendant's collaboration. The plan is now due on November 20, 2007, 47 days after the date originally ordered by the Court. The Court's approval of defendant's request for an enlargement to December 14 would only further encourage defendant's inaction concerning discovery.

      For the foregoing reasons, plaintiff submits that defendant's motion for an enlargement of time until December 14 should be denied. Instead, plaintiff submits that defendant should be granted an enlargement to November 20, the date to which plaintiff had already told defendant she would consent. In the alternative, if the Court determines that defendant should be granted the extension until December 14 to submit full discovery responses, plaintiff requests that defendant be ordered to file any objections to plaintiff's discovery requests by November 20 in order that steps to resolve those disputes may be begun.

      Two alternative proposed orders are attached.

          Respectfully submitted,

          <u>/s/ Michael G. Shaw</u>

          BRUCE J. TERRIS (D.C. Bar No. 47126)
          MICHAEL G. SHAW (D.C. Bar No. 473008)
          Terris, Pravlik & Millian, LLP
          1121 12th Street, N.W.
          Washington, DC  20005-4632
          (202) 682-2100

          Attorneys for Plaintiff

November 8, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 06-1731 (PLF) |

**ORDER**

Upon consideration of Defendant's Opposed Motion for an Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, and the

responses thereto, it is this _____ day of _____ 2007,

ORDERED that the motion is DENIED; and it is further

ORDERED that defendant shall produce full responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents by no later than November 20, 2007.

SO ORDERED.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | Civil Action No. 06-1731 (PLF) |

**ORDER**

Upon consideration of Defendant's Opposed Motion for an Enlargement of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, and the

responses thereto, it is this _____ day of _____ 2007,

ORDERED that the motion is GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that defendant shall submit objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents by no later than November 20, 2007; and it is further

ORDERED that defendant shall produce full responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents by no later than December 14, 2007.

SO ORDERED.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE