## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME
FOR THE PARTIES TO FILE THEIR E-DISCOVERY PLAN**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the parties in the above-noted matter respectfully move for a one week enlargement of time, i.e., to November 27, 2007, to file their e-discovery plan.  The current filing deadline is Tuesday, November 20, 2007.  Defendant has sought three previous enlargements of time for this purpose.  The parties' reasons for seeking the joint enlargement are set forth below.

The parties note at the outset that they are close to finalizing their e-discovery plan. However, they require an additional period to allow the agency to follow-up on certain aspects of the agency's computer system, and based on the information provided, complete the e-discovery plan. On Friday, November 16, 2007, Defendant's counsel provided information to Plaintiff's counsel regarding the agency's computer system for purposes of the parties developing the e-discovery plan.  Today, November 19, 2007, Plaintiff's counsel made follow-up inquiries about the e-mail archival system, search capabilities, if any, of the agency's centralized storage area network ("SAN"), and the retention period for files stored on the SAN.  Defendant's counsel has conveyed these inquiries to the agency representative.

To provide a period for the agency to respond to Plaintiff's inquiries as well as a period for the parties to finalize their e-discovery plan based on the information provided by the agency, the parties respectfully move for an enlargement of time to Tuesday, November 27, 2007 to file their e-discovery plan.

2

Pursuant to Local Rule 7(c), a proposed Order is filed herewith.

Respectfully Submitted,

/s/ Michael G. Shaw /bmr

_____
BRUCE G. TERRIS, D.C. BAR #471126
MICHAEL G. SHAW, D.C. BAR #473088
TERRIS, PRAVLIK, & MILLIAN, LLP
1121 Twelfth Street, N.W.
Washington, D.C. 20005-4632
Ph: 202-682-2100

/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Suite E-4915
Washington, D.C. 20530
Ph:  202-307-0492

Of Counsel:
Nancy Dunham, Esq.
David P. Guerrero, Esq.
U.S. Environmental Protection Agency

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-2428(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1399(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1731(PLF) |
| | ) | |
| STEPHEN L. JOHNSON, Administrator, | ) | |
| U.S. Environmental Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Joint Motion for an Enlargement of Time for the Parties to File Their E-Discovery Plan*, and for good cause shown, it is this

_____ day of _____, 2007,

ORDERED that the Motion should be and hereby is granted, and accordingly, the Parties shall have up to and including November 27, 2007 to file their e-discovery plan;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

copies to:
Michael G. Shaw
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, DC  20530