UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1731 (PLF) |

**MOTION OF BRUCE J. TERRIS AND MICHAEL G. SHAW TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pursuant to Rule 83.6(c) of the Rules of the District Court for the District of Columbia, Bruce

J. Terris and Michael G. Shaw of the law firm of Terris, Pravlik & Millian, LLP, hereby move this Court for permission to withdraw as counsel for plaintiff, Marsha Coleman-Adebayo. A trial date has not yet been set for this case.

Prior to filing this motion, Mr. Shaw informed Ms. Coleman-Adebayo that counsel believe that there are insurmountable differences in the strategy plaintiff believes is best for her situation compared to the strategy that counsel think should be pursued. Because of these, and other, differences, counsel believe that the critical confidence required between Ms. Coleman-Adebayo and her counsel has been lost. Mr. Shaw therefore informed Ms. Coleman-Adebayo that the law firm intended to withdraw as her counsel. Thereafter, counsel confirmed, in writing, the intent to withdraw and advised Ms. Coleman-Adebayo to retain new counsel.

        Respectfully submitted,

        /s/ Michael G. Shaw

        BRUCE J. TERRIS (D.C. Bar No. 47126)
        MICHAEL G. SHAW (D.C. Bar No. 473008)
        Terris, Pravlik & Millian, LLP
        1121 12th Street, N.W.
        Washington, DC  20005-4632
        (202) 682-2100 (tel)
        (202) 289-6795 (fax)
        Attorneys for Plaintiff

December 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1731 (PLF) |

**ORDER**

Upon consideration of Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff, it is this _____ day of _____, 2007,

ORDERED that the motion of plaintiff's counsel is granted.

                                                                _____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1731 (PLF) |

**CERTIFICATE OF SERVICE**

    I hereby certify on this 28th day of December, 2007, that the last known address for plaintiff

Marsha Coleman-Adebayo is 8815 Earl Court, Bethesda, MD 20817 and that, on this day, I have

caused a true copy of the foregoing Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff to be delivered via e-mail and first-class mail to Ms. Coleman-Adebayo at that address.

I further certify that I have served upon Ms. Coleman-Adebayo a notice advising her to obtain other counsel, or, if she intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion.

I further certify that a copy of this motion has been served on defendant via the Court's Electronic Case Filing (ECF) system.

/s/ Michael G. Shaw
_____
MICHAEL G. SHAW