UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) | Civil Action No. 06-1731 (PLF) |

**MOTION BY PLAINTIFF'S COUNSEL FOR REFERRAL OF MOTION OF BRUCE J. TERRIS AND MICHAEL G. SHAW TO WITHDRAW AS COUNSEL FOR PLAINTIFF (DKT. NO. 98) TO A MAGISTRATE JUDGE ON AN EXPEDITED BASIS**

On December 28, 2007, plaintiff's counsel Bruce J. Terris and Michael G. Shaw moved the

Court for permission to withdraw as counsel for plaintiff, Marsha Coleman-Adebayo. Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff, Dkt. No. 98. On January 4, 2008, Ms. Coleman-Adebayo filed an objection to the motion to withdraw. Plaintiff's Objection to Terris, Pravlik & Millian to withdraw, Dkt. No. 99. Pursuant to Rule 72.2(a) of the Rules of the District Court for the District of Columbia, plaintiff's counsel hereby request that the Court refer this dispute to a magistrate judge for resolution.[1]

In their motion for withdrawal, plaintiff's counsel intentionally provided little detail about the reasons for seeking permission to withdraw. Counsel took that approach because they did not want to provide any information that might possibly prejudice Ms. Coleman-Adebayo's case. While plaintiff provided some information in her objection, counsel believe that plaintiff's interests might be jeopardized if counsel file a reply brief responding in detail to the objection. Accordingly, counsel request that the motion be referred to a magistrate judge to hear the dispute, in confidence, thereby avoiding any possible prejudice to plaintiff. Specifically, counsel request that (1) the motion to withdraw be referred to a magistrate judge for *ex parte* proceedings, (2) defendant's counsel not be part of the proceedings,[2] (3) the proceedings be confidential, including that other judges and defendant have no knowledge of the content of the proceedings, and (4) the docket not provide any detail for the granting or denying of the motion to withdraw.

In addition, in order that the current schedule not be delayed any more than necessary,

---

[1] Plaintiff's counsel are filing this motion as a substitute for filing a reply to Ms. Coleman-Adebayo's objection. Plaintiff's counsel and Ms. Coleman-Adebayo will be able to address the issues with a magistrate judge should this motion be granted.

[2] Plaintiff's counsel can think of no reason that defendant's counsel would be prejudiced by not being part of the proceedings before the magistrate judge. This is a dispute between plaintiff's counsel and plaintiff. It is not a dispute involving defendant or its counsel.

counsel request that consideration of this motion be expedited and that, should the motion be granted, the magistrate judge schedule proceedings expeditiously.

    Respectfully submitted,

    /s/ Michael G. Shaw

    BRUCE J. TERRIS (D.C. Bar No. 47126)
    MICHAEL G. SHAW (D.C. Bar No. 473008)
    Terris, Pravlik & Millian, LLP
    1121 12th Street, N.W.
    Washington, DC  20005-4632
    (202) 682-2100 (tel)
    (202) 289-6795 (fax)
    Attorneys for Plaintiff

January 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1731 (PLF) |

**ORDER**

Upon consideration of Motion by Plaintiff's Counsel for Referral of Motion of Bruce J.

Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff (Dkt. No. 98) to a Magistrate

Judge on an Expedited Basis, it is this _____ day of _____, 2008,

      ORDERED that the motion of plaintiff's counsel is granted; and it is further

      ORDERED that Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff (Dkt. No. 98) is referred to Magistrate Judge _____; and it is further

      ORDERED that defendant or defendant's counsel shall not be part of the proceedings before the magistrate judge; and it is further

      ORDERED that the content of the proceedings before the magistrate judge shall be confidential; and it is further

      ORDERED that the proceedings before the magistrate judge be expedited.


                                              _____
                                              PAUL L. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>　　　　Defendant. | Civil Action No. 03-2428 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>　　　　Defendant. | Civil Action No. 04-1399 (PLF) |
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>　　　　Defendant. | Civil Action No. 06-1731 (PLF) |

**CERTIFICATE OF SERVICE**

　　I hereby certify on this 7th day of January, 2008, that, on this day, I have caused a true copy of the foregoing Motion by Plaintiff's Counsel for Referral of Motion of Bruce J. Terris and Michael

G. Shaw to Withdraw as Counsel for Plaintiff (Dkt. No. 98) to a Magistrate Judge on an Expedited Basis to be delivered via e-mail and first-class mail to plaintiff, Marsha Coleman-Adebayo, at:

>8815 Earl Court
>Bethesda, MD 20817

I further certify that a copy of this motion has been served on defendant via the Court's Electronic Case Filing (ECF) system.

/s/ Michael G. Shaw
_____
MICHAEL G. SHAW