UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendant. )<br>) | Civil Action No. 03-2428 (PLF)<br>04-1399<br>06-1731 |

REFERRAL ORDER

On December 28, 2007, Bruce J. Terris and Michael G. Shaw moved to withdraw as counsel for plaintiff, Marsha Coleman-Adebayo, in the above consolidated cases. See Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff, Civil Action No. 03-2428 [98]. On January 4, 2008, plaintiff filed an objection to the motion to withdraw. See Plaintiff's Objection to Terris, Pravlik & Millian Motion to Withdraw, Civil Action No. 03-2428 [99]. On January 7, 2008, plaintiff's counsel filed a motion asking this Court to refer their motion to withdraw to a magistrate judge for resolution pursuant to Local Civil Rule 72.2(a). See Motion by Plaintiff's Counsel for Referral of Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff to a Magistrate Judge on an Expedited Basis, Civil Action No. 03-2428 [100]. Plaintiff has not responded to this motion.

Upon consideration of these filings, and in order to ensure that plaintiff is not prejudiced by the instant dispute with her counsel, it is hereby ORDERED that

1. The Motion by Plaintiff's Counsel for Referral of Motion of Bruce J.

Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff to a Magistrate Judge on an Expedited Basis [100] is GRANTED.

        2.        The Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff [98] is referred to Magistrate Judge John M. Facciola immediately for resolution on an expedited basis.

        3.        Neither defendant nor defendant's counsel shall participate in the proceedings before the magistrate judge.

        4.        The content of the proceedings before the magistrate judge shall remain confidential.

        5.        All filing deadlines will be stayed in this matter until the instant dispute between plaintiff and plaintiff's counsel is resolved.

        SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 18, 2008