UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Nos. 03-2428 (PLF/JMF), <br> 04-1399 (PLF/JMF), <br> 06-1731 (PLF/JMF) |

**PRAECIPE REGARDING THE STATUS CONFERENCE SCHEDULED FOR MAY 23, 2008**

On September 19, 2007, the Court issued a Scheduling Order. Dkt. No. 86. The Order stated, *inter alia*, that there would be a status conference on May 22, 2008. *Id*., p. 2, para. 14. On March 3, 2008, the Court issued a Minute Order stating that "[t]he Status Conference, currently set for 5/22/2008 @ 9:30 a.m., is hereby reset to 5/23/2008 @ 09:45 a.m. in Courtroom 29A before Judge Paul L. Friedman."

On December 28, 2007, plaintiff's counsel moved the Court for permission to withdraw as counsel for plaintiff, Marsh Coleman-Adebayo. Dkt. No. 98. On January 7, 2008, plaintiff's counsel moved the Court to refer the motion to withdraw to a magistrate judge. Dkt. No. 100. On January 18, 2008, the Court granted plaintiff's counsel's motion (Dkt. No. 101), stating, *inter alia*, that:

> 2. The Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff [98] is referred to Magistrate Judge John M. Facciola immediately for resolution on an expedited basis.
> 3. Neither defendant nor defendant's counsel shall participate in the proceedings before the magistrate judge.
> 4. The content of the proceedings before the magistrate judge shall remain

confidential.

    5. All filing deadlines will be stayed in this matter until the instant dispute between plaintiff and plaintiff's counsel is resolved.

Plaintiff's counsel's motion to withdraw has not yet been resolved. Therefore, plaintiff's counsel wishes to inform the Court that the stay of all filing deadlines, as stated in the Court's January 18 Order, is still effective. While the stay is technically only of "filing deadlines," the rationale for the stay, that plaintiff's counsel has moved to withdraw, would equally effect counsel's participation at a status conference. Accordingly, plaintiffs' counsel request that the status conference scheduled for May 23 be postponed.

        Respectfully submitted,

        /s/ Michael G. Shaw

        BRUCE J. TERRIS (D.C. Bar No. 47126)
        MICHAEL G. SHAW (D.C. Bar No. 473008)
        Terris, Pravlik & Millian, LLP
        1121 12th Street, N.W.
        Washington, DC  20005-4632
        (202) 682-2100 (tel)
        (202) 289-6795 (fax)
        Attorneys for Plaintiff

May 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action Nos. 03-2428 (PLF/JMF),<br>)                               04-1399 (PLF/JMF),<br>)                               06-1731 (PLF/JMF)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of May, 2008, that, on this day, I have caused a true copy of the foregoing Praecipe Regarding the Status Conference Scheduled for May 23, 2008, to be delivered via first-class mail to plaintiff, Marsha Coleman-Adebayo, at:

> 8815 Earl Court
> Bethesda, MD 20817

/s/ Michael G. Shaw
_____
MICHAEL G. SHAW

1