UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARSHA LYNNE COLEMAN-ADEBAYO,**

    Plaintiffs,

    v.

**STEPHEN L. JOHNSON,**

    Defendant.

**Civil Action No. 03-2428 (PLF/JMF)**

**ORDER**

Currently pending before me is the Motion of Bruce J. Terris and Michael G. Shaw to Withdraw as Counsel for Plaintiff. In order for the Court to properly assess the merits of counsels' motion, it must better appreciate the nature of the differences alluded to in the motion. To that end, the Court ordered counsel to submit to the Court a letter detailing the dispute along with a copy of the retainer agreement. Fearing that they would inadvertently waive the attorney-client privilege, counsel were hesitant to comply with the Court's request. It is, therefore, hereby,

**ORDERED** that the document prepared by plaintiffs' counsel be submit to chambers for in camera consideration by COB Wednesday, June 11, 2008, with the understanding that the disclosure of this information to the Court does not constitute a waiver of all privileged matters but is solely limited to the information contained therein. See Edna Selan Epstein, *The Attorney-Client Privilege and the Work-Product Doctrine*,

287-88 (4th ed. 2001)) ("It has become increasingly common to see parties enter into agreements to disclose privileged materials provided the disclosure is not taken to entail waiver as to all privileged matters.  Because courts will give effect to such agreements, the parties by contract, so to speak, can avoid the general rule that partial disclosure on a given subject matter will bring in its wake total disclosure."); Hopson v. Mayor and City Council of Baltimore, 232 F.R.D. 228 (D. Md. 2005).

    **SO ORDERED.**

Dated: June 10, 2008

                  /S/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JDUGE