UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. 03-2428 (PLF/JMF), |
| ) | 04-1399 (PLF/JMF), |
| STEPHEN L. JOHNSON, Administrator, ) | 06-1731 (PLF/JMF) |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT OF PLAINTIFF'S COUNSEL PURSUANT
TO THE COURT'S MAY 19, 2008 ORDER**

On May 7, 2008, plaintiff's counsel filed Praecipe Regarding the Status Conference Scheduled for May 23, 2008 (Dkt. No. 103). The Praecipe notified the Court that plaintiff's counsel's motion to withdraw as counsel for plaintiff, Marsha Coleman-Adebayo, which had been referred to Magistrate Judge Facciola, was pending. In addition, plaintiff's counsel notified the Court that the stay of all filing deadlines, as stated in the Court's January 18 Order (Dkt. No. 101), was still effective. Accordingly, plaintiffs' counsel requested that the status conference scheduled for May 23 be postponed.

On May 19, 2008, the Court issued a Minute Order, which stated:

In light of the Praecipe Regarding the Status Conference Scheduled for May 23, 2008, the status conference scheduled for May 23, 2008 is hereby CANCELLED. Plaintiff and plaintiff's counsel are instructed to file a status report on or before June 23, 2008, informing the Court as to whether plaintiff and plaintiff's counsel have resolved their dispute.[1] That

---

[1] Since plaintiff's counsel moved to withdraw, they have forwarded to plaintiff copies of all Court Orders and documents submitted to the Court or to the chambers of Magistrate Judge Facciola. Since there is no dispute that the motion for withdrawal is still pending and because of the unusual circumstances when a motion to withdraw is opposed, plaintiff's counsel is filing this status report

report should not, of course, include any details about plaintiff's and plaintiff's counsel's mediation efforts.

The motion of plaintiff's counsel to withdraw is still pending. The most recent development was that, on June 10, Magistrate Judge Facciola issued an Order (Dkt. No. 104) requiring plaintiff's counsel to submit, by June 11, the document that they had previously prepared, but had not submitted because of concerns about attorney-client privilege. The Order stated that the document should be submitted to chambers for in camera inspection. Plaintiff's counsel submitted the document on June 11. Plaintiff has an opportunity to respond to the document.

Since plaintiff's counsel's motion to withdraw is still pending, plaintiff's counsel requests that the stay of all filing deadlines be continued.

                                  Respectfully submitted,

                                  /s/ Michael G. Shaw

                                  BRUCE J. TERRIS (D.C. Bar No. 47126)
                                  MICHAEL G. SHAW (D.C. Bar No. 473008)
                                  Terris, Pravlik & Millian, LLP
                                  1121 12th Street, N.W.
                                  Washington, DC  20005-4632
                                  (202) 682-2100 (tel)
                                  (202) 289-6795 (fax)
                                  Attorneys for Plaintiff

June 23, 2008

---

without having conferred with plaintiff.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STEPHEN L. JOHNSON, Administrator,  )<br>United States Environmental Protection Agency,  )<br>  )<br>Defendant.  )<br>  )<br>  )<br>  ) | Civil Action Nos. 03-2428 (PLF/JMF),<br>04-1399 (PLF/JMF),<br>06-1731 (PLF/JMF) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of June, 2008, I have caused a true copy of the foregoing Plaintiff's Counsel's Status Report Pursuant To the Court's May 19, 2008 Order, to be delivered via e-mail and first-class mail to plaintiff, Marsha Coleman-Adebayo, at:

>8815 Earl Court
>Bethesda, MD 20817

/s/ Michael G. Shaw
_____
MICHAEL G. SHAW