UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action Nos. 03-2428 (PLF/JMF),<br>)                              04-1399 (PLF/JMF),<br>)                              06-1731 (PLF/JMF)<br>)<br>)<br>)<br>) |

**STATUS REPORT OF PLAINTIFF'S COUNSEL PURSUANT
TO THE COURT'S JULY 8, 2008 ORDER**

On July 8, 2008, the Court issued a Minute Order, which stated:

In light of the status report filed by plaintiff's counsel [105], this case shall remain stayed pending further order of the Court. Plaintiff's counsel are instructed to file a status report on or before August 8, 2008, informing the Court as to whether plaintiff and plaintiff's counsel have resolved their dispute. That report should not, of course, include any details about plaintiff's and plaintiff's counsel's mediation efforts.

The motion of plaintiff's counsel to withdraw is still pending. The most recent development was that, on July 28, Magistrate Judge Facciola scheduled a settlement conference "for plaintiff and plaintiff's counsel only" for September 3, 2008.

Since plaintiff's counsel's motion to withdraw is still pending, plaintiff's counsel requests that the stay of this case be continued.

Respectfully submitted,

/s/ Michael G. Shaw

BRUCE J. TERRIS (D.C. Bar No. 47126)
MICHAEL G. SHAW (D.C. Bar No. 473008)
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005-4632
(202) 682-2100 (tel)
(202) 289-6795 (fax)
Attorneys for Plaintiff

August 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARSHA LYNNE COLEMAN-ADEBAYO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Nos. 03-2428 (PLF/JMF), |
| | ) 04-1399 (PLF/JMF), |
| STEPHEN L. JOHNSON, Administrator, | ) 06-1731 (PLF/JMF) |
| United States Environmental Protection Agency, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of August, 2008, I have caused a true copy of the foregoing Plaintiff's Counsel's Status Report Pursuant to the Court's July 8, 2008 Order, to be delivered via e-mail and first-class mail to plaintiff, Marsha Coleman-Adebayo, at:

>  8815 Earl Court
>  Bethesda, MD 20817

/s/ Michael G. Shaw
_____
MICHAEL G. SHAW